UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| CLAY FIRESTONE, ) <br> ) <br> Petitioner, ) <br> v. ) <br> ) <br> ) <br> SUPERINTENDENT, ) <br> ) <br> Respondent. ) | Case No. 2:13-cv-340-JMS-WGH |

**Entry and Order Dismissing Action**

**I.**

The petitioner's motion to withdraw his petition for writ of habeas corpus [dkt. 11] is **granted.** Because the petitioner admits in such motion that his habeas petition was filed after the statute of limitations had expired, the dismissal shall be with prejudice.

**II.**

Judgment consistent with this Entry shall now issue.

**IT IS SO ORDERED.**

Date: 01/08/2014

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

Clay Firestone
No. 890076
Wabash Valley Correctional Facility
Electronic Service Participant-Court Only

Electronically Registered Counsel